No. 89–992. CERTIFIED PLAINTIFF CLASS IN MDL–250 v. FOLDING CARTON RESERVE FUND ET AL.;
No. 89–1081. FOLDING CARTON ADMINISTRATION COMMITTEE ET AL. v. FOLDING CARTON RESERVE FUND ET AL.; and

No. 89–1097.   UNITED STATES *v.* FOLDING CARTON RESERVE FUND ET AL.   C. A. 7th Cir.   Certiorari denied.